behalf for $267. This amount seems to be proper. Hence, for the reasons given in the opinion of the mentioned cause, the judgment is affirmed.

## WEDGEWORTH et ux. v. STREUN et al.
### No. 6187.

Court of Appeal of Louisiana.
Second Circuit.

Feb. 4, 1941.

E. W. & P. N. Browne and G. M. Bodenheimer, all of Shreveport, for appellants.

Coleman & Morgan and Booth & Lockard, all of Shreveport, for appellees.

HAMITER, Judge.

Charlene Wedgeworth, for whose benefit this suit was brought, received injuries and incurred medical expense as a result of the accident involved in Stevens v. Streun, La.App., 200 So. 182. Judgment was rendered in favor of plaintiffs in her

## MILES v. STREUN et al.
### No. 6188.

Court of Appeal of Louisiana. Second Circuit.

Feb. 4, 1941.

E. W. & P. N. Browne and G. M. Bodenheimer, Jr., all of Shreveport, for appellants.

Coleman & Morgan and Booth & Lockard, all of Shreveport, for appellee.

HAMITER, Judge.

The award of $617 made in favor of this plaintiff, Joe Miles, for his injuries and medical expenses resulting from the accident described in Stevens v. Streun, La.App., 200 So. 182, is warranted by the evidence adduced; and for the reasons assigned in the opinion of that cause, the judgment is affirmed.